

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DAVID PAUL NAVARRO, | § | No. 08-20-00204-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D03126) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **October 9, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Yvonne Rosales, the State's attorney, prepare the State's brief and forward the same to this Court on or before October 9, 2021.

IT IS SO ORDERED this 10th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.